MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Duane D. Murra and Rebecca H. Murra
Chapter 7 Case No. 09-33488

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| PYOD LLC its successor and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | 1 | 57.00 | 3.16 |

Date: September 24, 2010

_____
Trustee